**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **KIA JARVIS** | : | |
| **4327 23rd Place** | | |
| **Temple Hills, MD 20748** | : | |
| | : | **Case No.:** |
| **Plaintiff,** | | |
| | : | |
| **v.** | | |
| | : | |
| **UNITED STATES OF AMERICA** | | |
| | : | |
| **and** | | |
| | : | |
| **KAYLA ROY** | | |
| **2826 Hartford Street SE** | : | |
| **Washington, DC 20020** | | |
| | : | |
| **Defendants.** | | |
| | : | |
| **SERVE:** | : | |
| **The Honorable Attorney General** | : | |
| **of the United States** | | |
| **U.S. Department of Justice** | : | |
| **950 Pennsylvania Avenue, NW** | | |
| **Washington, DC 20530-0001** | : | |
| **and** | : | |
| **United States Attorney's Office** | : | |
| **for the District of Columbia** | | |
| **601 D Street NW** | : | |
| **Washington, DC 20530** | | |
| | : | |
| **and** | : | |
| **Kayla Roy** | : | |
| **2826 Hartford Street SE** | | |
| **Washington, DC 20020** | | |

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
5335 WISCONSIN AVE., N.W.
SUITE 330
WASHINGTON, D.C. 20015
_____

(202) 659-5500

1

## COMPLAINT

COMES NOW, Plaintiff Kia Jarvis, by counsel, and hereby brings this cause of action against Defendants UNITED STATES OF AMERICA and KAYLA ROY and states as follows:

## JURISDICTION, VENUE, AND PARTIES

1.      Jurisdiction of this Court over Defendant United States of America is invoked pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346(b) and §§ 2671, *et seq.*

2.      Plaintiff Kia Jarvis is a resident of the State of Maryland.

3.      The cause of this action arose in the District of Columbia, thus venue properly lies with this Court pursuant to 28 U.S.C. § 1402(b) and § 1391(e).

4.      Upon information, knowledge, and belief Defendant Kayla Roy is a resident of the District of Columbia.

5.      Upon information, knowledge, and belief, at all times relevant hereto Defendant United States of America, through its agency the United States Postal Service, owned and maintained the motor vehicle operated by Defendant Kayla Roy that was involved in the incident that forms the basis of this Complaint. Upon information, knowledge and belief, at all times relevant herein, Defendant Kayla Roy was a federal employee of the United States Postal Service and was operating that vehicle within the course and scope of her employment with the United States Postal Service.

6.      Notice of Plaintiff's tort claim was received by the United States through its agency the United States Postal Service on or about May 27, 2025. This written notice was timely pursuant to 28 U.S.C. § 2401(b) as the date of loss was October 16, 2024. Plaintiff's

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
5335 WISCONSIN AVE., N.W.
SUITE 330
WASHINGTON, D.C. 20015
_____
(202) 659-5500

2

claim was acknowledged by the United States Postal Service via a November 10, 2025 letter. Pursuant to 28 U.S.C. § 2675(a), Plaintiff now files this Complaint in accordance with the requirements under the Federal Tort Claims Act.

## FACTS

7.      Plaintiff incorporates by reference all other paragraphs of the Complaint as if fully alleged herein, and further alleges as follows:

8.      On October 16, 2024, Plaintiff Kia Jarvis was operating a Washington Metropolitan Area Transit Authority transit bus in the right curb lane of Benning Road in Washington, DC, and was waiting to make a right turn.

9.      At that same time and place, Defendant Kayla Roy was operating a United States Postal Service mail truck within the course and scope of her employment with the United States Postal Service.

10.     Defendant Kayla Roy, who upon information and belief was speeding, caused the United States Postal Service mail truck to collide with Plaintiff's bus.

11.     As a result of the collision, Plaintiff Kia Jarvis sustained serious bodily injuries, including, but not limited to, such involving her cervical spine and lumbar spine.

12.     Plaintiff Kia Jarvis has experienced extreme pain, discomfort, and inconvenience as a result of this incident, and her injuries have required extended medical care, including diagnostic imaging, physical therapy, and injections.

## COUNT I – Negligence – Defendant Kayla Roy

13.     Plaintiff incorporates by reference all other paragraphs of the Complaint as if fully alleged herein, and further alleges as follows:

14.     Defendant Kayla Roy had a duty to operate her motor vehicle in a safe,

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
5335 WISCONSIN AVE., N.W.
SUITE 330
WASHINGTON, D.C. 20015
_____

(202) 659-5500

3

reasonable, and prudent manner; to obey the posted speed limit; to keep a proper lookout; to maintain control of her vehicle; and to avoid colliding with members of the public, specifically other vehicles lawfully upon the roadway, including Plaintiff's bus.

15.     Defendant Kayla Roy breached her duty when she operated her motor vehicle at an excessive rate of speed, failed to keep a proper lookout, failed to maintain control of her vehicle, and caused her vehicle to collide with Plaintiff's bus.

16.     As a direct and proximate result of the negligence of Defendant Kayla Roy in causing the collision, Plaintiff Kia Jarvis has suffered and will continue to suffer much mental pain and anguish; permanent injuries; has incurred medical expenses and will continue to incur medical expenses for medical and hospital care in connection with the incident; has incurred and will continue to incur lost wages; and has suffered and will continue to suffer the mental and physical pain and suffering and emotional distress associated with all of the above.

### COUNT II – Negligence – Defendant United States of America

17.     Plaintiff incorporates by reference all other paragraphs of the Complaint as if fully alleged herein, and further alleges as follows:

18.     Defendant United States of America and its agents, employees and/or servants, including, but not limited to, its agency the United States Postal Service and its agents, employees and/or servants, had a duty to operate the United States Postal Service mail truck in a safe, reasonable, and prudent manner; to obey the posted speed limit; to keep a proper lookout; to maintain control of the vehicle; and to avoid colliding with members of the public, specifically other vehicles lawfully upon the roadway, including Plaintiff's bus.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
5335 WISCONSIN AVE., N.W.
SUITE 330
WASHINGTON, D.C.  20015

(202) 659-5500

4

19.     Defendant United States of America, through its agent, employee and/or servant Defendant Kayla Roy, breached that duty when it operated the mail truck at an excessive rate of speed, failed to keep a proper lookout, failed to maintain control of the vehicle, and caused the vehicle to collide with Plaintiff's bus.

20.     As a direct and proximate result of the negligence of Defendant United States of America in causing the collision, Plaintiff Kia Jarvis has suffered and will continue to suffer much mental pain and anguish; permanent injuries; has incurred medical expenses and will continue to incur medical expenses for medical and hospital care in connection with the incident; has incurred and will continue to incur lost wages; and has suffered and will continue to suffer the mental and physical pain and suffering and emotional distress associated with all of the above.

### COUNT III – Vicarious Liability – Defendant United States of America

21.     Plaintiff incorporates by reference all other paragraphs of the Complaint as if fully alleged herein, and further alleges as follows:

22.     At all times relevant herein, Defendant Kayla Roy, who acted negligently as described above, was acting as a federal agent, employee and/or servant of Defendant United States of America, through its agency the United States Postal Service, within the course and scope of her employment.

23.     Under the doctrine of respondeat superior, Defendant United States of America is liable for the negligence of its agent, employee and/or servant.

24.     As a direct and proximate result of the negligent actions of Defendant Kayla Roy undertaken within the course and scope of her employment with Defendant United States of America, Plaintiff Kia Jarvis has suffered and will continue to suffer much mental

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
5335 WISCONSIN AVE., N.W.
SUITE 330
WASHINGTON, D.C.  20015
_____

(202) 659-5500

5

pain and anguish; permanent injuries; has incurred medical expenses and will continue to incur medical expenses for medical and hospital care in connection with the incident; has incurred and will continue to incur lost wages; and has suffered and will continue to suffer the mental and physical pain and suffering and emotional distress associated with all of the above.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in Plaintiff's favor and against Defendants, jointly and severally to the extent permitted by law, awarding compensatory damages in an amount to be determined at trial and, with respect to the United States, as permitted by the Federal Tort Claims Act, together with costs of this action, pre- and post-judgment interest as allowed by law, and such other and further relief as the Court deems just and proper.

Respectfully submitted,

KOONZ, MCKENNEY, JOHNSON,
    DEPAOLIS & LIGHTFOOT, LLP

/s/    *Justin M. Beall*
Justin M. Beall
5335 Wisconsin Ave NW, Ste. 330
Washington, D.C. 20015
(202) 659-5500
(202) 785-3719 facsimile
jbeall@koonz.com
*Attorney for Plaintiff*

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
5335 WISCONSIN AVE., N.W.
SUITE 330
WASHINGTON, D.C. 20015
_____

(202) 659-5500

6

JURY TRIAL DEMAND

Plaintiff requests a jury trial on all counts against Defendants United States of America and Kayla Roy.


/s/    *Justin M. Beall*
Justin M. Beall, Esq.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
5335 WISCONSIN AVE., N.W.
SUITE 330
WASHINGTON, D.C.  20015

(202) 659-5500